# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

Plaintiff
Eugene Flemon
V.

Civil complaint

Defendant
Attorney Ronald Rice

Plaintiff was send to Norfolk Superior Court on 12/27/1999 Brookline District. Attorney Ronald Rice was my attorney that day also didn't have criminimal indictment to be in Norfolk Superior Court. it was conspiracy from the Commonwealth with Vinfen Corp 950 Cambridge Street Cambridge, Mass. The Norfolk County D.A. had knowledge Vinfen Corp. was not dwelling House at 950 Netwon St Brookline, Mass.

Motion for serivce By certificatied.

Plaintiff hereby moves this Court that all legal document be serivces by cetified mail. Plaintiff is a Prisoner currently confined at OCCC and is indigent and Service legal documents to U.S. District Court of Massachusetts

Thanks
Resepctfully submitted
1/12/04 Eugene Flemon
Old Colony Corr. Center
One Administration Rd
Bridgewater, MA 02324

C. File record
Eugene Flemon
versees

United States District Court of Massachusetts

Plaintiff } Liens on all Business building and land with
v.         } all money Stockholders. Gift. of household
Defendant  } Good or Real Property, Funds Stock, colleges

Attorney Ronald Rice

The Plaintff request U.S. District Court to put a major liens on all of the Bank Business because the person did work at the bank had knowledge of money coming out the bank back in 1999 She had stated File law suit. it major conspiracy from the people work in the bank. liens on all bouds stockholders holders Funds

c.c. File ceored. record
Eugene F limon
Eugene F limon
Overseer

Thanks
1/12/04  Eugene F limon
One Administration Rd
Bridgewater. MA 02324

# Claims for relief relief

The facts set forth here in violate Plaintiff right under Federal Prayer for relife

Wherefore, Plaintiff Prays this Honorable Court grant.

1. Damages in the amount of 1000,000,000,000,000,000,000, + 1000,000,000,000,000,000,000. + 2, 1000,000,000,000,000,000,000.

2. Grant such equitable, including injunctive, relife as may be available, just and proper Plaintiff request all of his Business building and land with all bouds funds colleges, Real Property with stock holders. Gift, of household Good.

3. Grant Plaintiff coats and attorney fees to work for the Plaintiff.

Grant such other and Further relief as this court deems with understanding from the Defendant.

C.C. File record
Eugene Jr
Eugene Flenon
Oversees

1/12/04 Respectfully submitted
Eugene Jr
One Administration Rd
Bridgewater, MA 02324